O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIKH DEMEKPE, | Case No. CV 15-6007-DDP (KES) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Judgment be entered dismissing the First Amended Complaint without further leave to amend.

DATED: <u>July 8, 2016</u>

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE