**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIKH DEMEKPE, <br><br> Petitioner, <br> vs. <br><br> COUNTY OF LOS ANGELES, <br><br> Respondent. | Case No. CV 15-6007-DDP (KES) <br><br> **J U D G M E N T** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Plaintiff's First Amended Complaint be dismissed without further leave to amend.

DATED: July 8, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE